NO. 07-12-00226-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JUNE 13, 2012

_____

IN RE LEANNE FARRELL COLLIER, RELATOR

_____

Before CAMPBELL and HANCOCK, JJ. and BOYD, S.J.[1]

**ORDER**

Leanne Collier's application for writ of prohibition is denied as prematurely filed.

<u>See</u> TEX. R. APP. P. 52.8(d).

Per Curiam

_____

[1] John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.